UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD MAISON PHIBONACCII,<br><br>　　　Plaintiff,<br><br>　v.<br><br>J. CRAIG WILLIAMS,<br><br>　　　Defendant. | Case No. 8:25-cv-02086-SB-E<br><br><br>NOTICE TO SELF-REPRESENTED ("PRO SE") LITIGANT |

　　　On September 15, 2025, Plaintiff, who is proceeding as a self-represented litigant (i.e., pro se), filed this action. Although Plaintiff is not represented by counsel, he is nonetheless required to comply with the Court's orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. The Local Rules are available on this Court's website. *See* https://www.cacd.uscourts.gov/court-procedures/local-rules.

### Service on Defendants

　　　Federal Rule of Civil Procedure 4 sets forth requirements for what a plaintiff must do when initiating a lawsuit, including obtaining a summons, which should be requested by filing form AO-440 after following the instructions on the Court's webpage at https://www.cacd.uscourts.gov/court-procedures/forms. A plaintiff must serve all defendants within 90 days of filing the complaint. Fed. R. Civ. P. 4(m).

　　　By December 15, 2025, Plaintiff shall file *either* a proof of service showing proper service on Defendant in accordance with Rule 4 *or* a proper request for an extension under Rule 4. ***Failure to do so will result in dismissal of this action without prejudice*** for lack of prosecution and failure to timely serve under Rule 4(m). *See id*. ("If a defendant is not served within 90 days after the complaint is

1

filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

### Electronic Filing

In addition, Local Rule 5-4.1.1 allows pro se parties to request permission to use the CM/ECF System to electronically file documents by submitting a one-page application form (Form CV-005) available at https://www.cacd.uscourts.gov/court-procedures/forms.  The Court *strongly encourages* all pro se parties to use electronic filing, which avoids the need to visit the courthouse to file papers and allows them to receive court orders immediately.

No later than **October 19, 2025**, Plaintiff shall file either (1) an application for electronic filing permission or (2) a notice of an email address where court orders can be sent to him (if Plaintiff does not wish to e-file documents).  If Plaintiff fails to comply—or fail to provide an accurate email address—he will be deemed to have waived any argument that he lacked notice or timely notice of any court order due to mail service.

### Pro Se Clinic

There is a free "Pro Se Clinic" that can provide information and guidance about many aspects of civil litigation in this Court.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  To request services, pro se litigants must call (213) 385-2977, ext. 270 or submit an online application at http://prose.cacd.uscourts.gov/los-angeles.

Date: October 9, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge